opr.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 18 1994

Michael N. Milby, Clerk

| | |
|---|---|
| TRACY BROWN, ET AL, | * |
|     Plaintiffs, | * |
| v. | *    CIVIL ACTION NO. H-93-3102 |
| JOHNNY KLEVENHAGEN, | * |
|     Defendant. | * |

## ORDER OF PARTIAL DISMISSAL

The Clerk of court sent the plaintiffs notices that their complaint had been filed, providing them with the civil action number and name of district and magistrate judge. On October 20, 1993 the notices sent to Plaintiffs Robertson and Collins were returned to the court marked "Undeliverable." Since that time the plaintiffs have not provided the court with a current address. Parties bear the burden of advising the court of address changes. Carey v. King, 856 F.2d 1439 (9th Cir. 1988).

It therefore appears that Plaintiffs Robertson and Collins lack due diligence or do not want to pursue this case now. Under the court's inherent power to manage its own docket, these plaintiffs will be dismissed without prejudice for want of prosecution under Fed.R.Civ.P. 41(b). See Link v. Wabash R.R., 370 U.S. 626 (1962). The plaintiffs are advised that they may seek reinstatement of his case under Fed.R.Civ.P. 60(b).

It is, therefore, ORDERED that Plaintiff Donald Robertson and



Plaintiff Larry Collins are DISMISSED without prejudice for want of prosecution.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas on  Aug 17 , 1994.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE